**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Supreme Court

Ronald E. Price and Diana R.B. Price, Respondents,

v.

Investors Title Insurance Company, Petitioner.

Appellate Case No. 2011-199386

———————

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

———————

Appeal From Berkeley County
Kristi Lea Harrington, Circuit Court Judge

———————

Memorandum Opinion No. 2013-MO-029
Heard October 3, 2013 – Filed October 9, 2013

———————

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

———————

Hamilton Osborne, Jr., James Y. Becker, and Emily H. Farr, all of Haynsworth Sinkler Boyd, PA, of Columbia for Petitioner.

Tobias G. Ward, Jr. and J. Derrick Jackson, both of Tobias G. Ward, Jr., PA, of Columbia, for Respondents.

**PER CURIAM:**  We granted certiorari to review the court of appeals' reversal of the circuit court's dismissal of this case.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**